IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | ORDER |
| | 00-cr-23-bbc |
| v. | |
| VICTOR MATIAS, JR., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Victor Matias, Jr., has requested permission for the Clemency Project 2014 to obtain and review documents filed under seal in this case, including the presentence report.

The probation office is authorized to release these documents to a representative of the Clemency Project 2014 on the condition that the documents are not to be maintained in a public file and efforts are to be made to keep them from being disseminated to anyone who does not have a reason to review them in connection with the petition for clemency.

1

Clemency Project 2014 should direct its document requests to Tracy Russom, Deputy Chief of the Probation Office at (608) 261-5771.

Entered this 6th day of November, 2015.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge